**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000662
15-MAR-2018
12:38 PM**

NO. CAAP-17-0000662

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


CHARLES HUANG, Plaintiff-Appellee,
v.
DAVID DOUGLAS KROMER, TRUSTEE; and MPI LTD TRUST,
Defendants-Appellees,

_____

ANTHONY P. LOCRICCHIO,
Non-Party/Appellant.


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1RC16-1-1982)


ORDER DENYING MARCH 9, 2018 MOTION FOR RECONSIDERATION
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon consideration of (1) the January 22, 2018 order
granting Plaintiff-Appellee Charles Huang's November 16, 2017
motion to dismiss the appeal, (2) the February 12, 2018 order
dismissing as moot Non-Party/Appellant Anthony Locricchio's
(Locricchio) February 7, 2018 "Motion to Recuse Presiding Judges
Leonard Reifurth and Ginoza, J.J.," (3) Locricchio's March 9,
2018 motion for reconsideration of the January 22, 2018 and

February 12, 2018 orders, pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 40, and (4) the record, it appears that Locricchio filed his March 9, 2018 motion for reconsideration more than ten days after the court filed the January 22, 2018 and February 12, 2018 orders, in violation of HRAP Rule 40(a). Furthermore, the court did not overlook or misapprehend any points of law or fact when it entered the January 22, 2018 or February 12, 2018 orders.

Therefore, IT IS HEREBY ORDERED that Locricchio's March 9, 2018 motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, **March 15, 2018.**

Presiding Judge

Associate Judge

Associate Judge

2